# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

ADAM GROSCH,

Plaintiff,

vs.                                         CIVIL ACTION NO. 2:06-CV-204-P-A

TUNICA COUNTY, MISSISSIPPI,
TUNICA COUNTY DEPUTY SHERIFF DORNAE MOSBY,
AND HOLLYWOOD CASINO CORPORATION,

Defendants.

## PLAINTIFF'S RESPONSE TO
## MOTION FOR MORE DEFINITE STATEMENT

In their answer, defendants Tunica County and Dornae Mosby request a more definite statement as to whether Deputy Mosby is sued in his individual capacity. In response, the plaintiff states that Deputy Mosby is sued in his individual capacity.

Respectfully Submitted,

s/Robert B. McDuff
ROBERT B. McDUFF,
Miss. Bar #2532
767 North Congress Street
Jackson, Mississippi 39202
(601) 969-0802
(601) 969-0804 (fax)
RBM@McDufflaw.com

                A. RANDALL HARRIS
                Miss. Bar # 1975
                P.O. Box 2332
                Madison, MS  39130
                (601) 454-7242
                (601) 968-6441 (fax)
                RHarris51043@yahoo.com

                Counsel for Plaintiff

CERTIFICATE OF SERVICE

      I hereby certify that on February 8, 2007, I electronically filed the foregoing *Response to Motion for More Definite Statement* with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

John S. Hill
Mitchell, McNutt & Sams, P.A.
105 South Front Street
Post Office Box 7120
Tupelo, MS  38802

Alfred T. Tucker, III
Post Office Box 68
Tunica, MS  38678

                                              s/Robert B. McDuff