IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ADAM GROSCH                                                        PLAINTIFF

VS.                                           CIVIL ACTION NO. 2:06CV204-P-A

TUNICA COUNTY, MISSISSIPPI, TUNICA
COUNTY DEPUTY SHERIFF DORNAE MOSBY
AND HOLLYWOOD CASINO CORPORATION            DEFENDANTS

NOTICE OF SERVICE OF DISCOVERY

TO:    Robert B. McDuff, Esq.      A. Randall Harris, Esq.      Alfred T. Tucker, III, Esq.
        767 North Congress Street    Post Office Box 2332       Post Office Box 68
        Jackson, MS 39202            Madison, MS 39130         Tunica, MS 38676-0068

Pursuant to Uniform Local Rule 5.1(c), notice is hereby given that on the date noted below I served the First Set of Interrogatories and Requests for Production of Documents Propounded to the Plaintiff by Tunica County, Mississippi and Dornae Mosby.

Pursuant to Uniform Local Rule 5.1(c), I acknowledge my responsibilities as the custodian of the original of the document identified above.

RESPECTFULLY submitted, this the 29th day of May, 2007.

                                            TUNICA COUNTY, MISSISSIPPI,
                                            TUNICA COUNTY DEPUTY SHERIFF
                                            DORNAE MOSBY, DEFENDANTS

                                            BY: /s/ John S. Hill
                                                    JOHN S. HILL, MB# 2451

OF COUNSEL:
MITCHELL, MCNUTT & SAMS, P.A.
105 SOUTH FRONT STREET
POST OFFICE BOX 7120
TUPELO, MS 38802-7120
(662) 842-3871


CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Notice of Service of Discovery with the Clerk of the Court using the ECF system, which sent notification of such filing to the following:

| | | |
|---|---|---|
| Robert B. McDuff, Esq. | A. Randall Harris, Esq. | Alfred T. Tucker, III, Esq. |
| 767 North Congress Street | Post Office Box 2332 | Post Office Box 68 |
| Jackson, MS 39202 | Madison, MS 39130 | Tunica, MS 38676-0068 |

DATED, this the 29th day of May, 2007.

/s/ John S. Hill_____
JOHN S. HILL