**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**DELTA DIVISION**

| | |
|---|---|
| ADAM GROSCH, | PLAINTIFF, |
| VS. | CIVIL ACTION NO. 2:06CV204-P-A |
| TUNICA COUNTY, MISSISSIPPI; TUNICA COUNTY DEPUTY SHERIFF DORNAE MOSBY; HWCC-TUNICA, INC.; AND HOLLYWOOD CASINO CORPORATION, | DEFENDANTS. |

**ORDER**

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND ADJUDGED** that:

(1) Defendant Hollywood Casino Corporation's Motion for Summary Judgment [57] is **GRANTED**; therefore,

(2) All of the plaintiff's claims against Hollywood Casino Corporation are **DISMISSED WITH PREJUDICE**;

(3) Defendants Tunica County and Deputy Dornae Mosby's Motion for Summary Judgment [55] is **GRANTED** insofar as the plaintiff's failure to train and supervise claim and § 1983 claim against Tunica County and his claim against Tunica County and Deputy Dornae Mosby for violation of rights under the Mississippi Constitution are **DISMISSED WITH PREJUDICE** whereas the motion is **DENIED** in all other respects; and

(4) Defendant HWCC-Tunica, Inc.'s Motion for Summary Judgment [58] is **GRANTED** insfoar as the plaintiff's claim for violation of rights under the Mississippi Constitution is

1

**DISMISSED WITH PREJUDICE** whereas the motion is **DENIED** in all other respects.

**SO ORDERED** this the 8th day of January, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE