# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

## CIVIL MINUTES

Case No.: 2:06CV204-P-A     Place Held:  OXFORD
Style:    GROSCH      V.    TUNICA
Date/Time Began 07/21/08 at 2:30 p.m.  Date/Time Ended:  07/21/08 at 3:15 p.m.

Total Time     45 min

PRESENT:  Honorable **S. ALLAN ALEXANDER, MAGISTRATE JUDGE**

Deputy Clerk                               Court Reporter

Attorneys for Plaintiff(s)                 Attorneys for Defendant(s):

Robert B. McDuff                           John Hill
Randy Harris                               Steve Spencer
                                           Tom Tucker
                                           Tommy Tucker

PROCEEDINGS: Final Pretrial Conference
Held X  Not Held_____  Canceled _____ Reset _____

_____
Docket Entry:
Conference held. Defendant HWCC shall file any motion to reopen discovery for the sole purpose of deposing Danny Joe Taylor for trial purposes and plaintiff shall file any motion to reopen discovery relating to net worth of HWCC no later than 5:00 p.m. on 7/23/08.  Any response to the motion shall be filed by 5:00 p.m. on 7/25/08.  Final pretrial order due to the court no later than 8/8/08.


                                           DAVID CREWS, CLERK

                                                   /s/ Willie Sue Miller
                                       By:_____
                                           Courtroom Clerk

Case: 2:06-cv-00204-WAP Doc #: 108 Filed: 07/21/08 2 of 2 PageID #: 818