# United States District Court

Northern District of Mississippi — Joint

Grosch

V.

Tunica Co., et al

Exhibit List

Case Number: 2:06 CV 204 - P-A

| Presiding Judge | Plaintiff/~~Government~~ | Defendant's Attorney |
|---|---|---|
| W. Allen Pepper, Jr. | Rbt McQ Duff | John Hill + Thos Tucker |
| Trial Date(s) | Court Reporter: Nina Horne | Courtroom Deputy: SWF |

| GOV'T NO. | ~~DEF~~ NO. (Joint) | DATE OFFERED 2005 | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* |
|---|---|---|---|---|---|
| | J-1 | 9-2-08 | | ✓ | Video tape of detention |
| | J-2 | 9-2-08 | | ✓ | Mosby reports |
| | J-3 | 9-2-08 | | ✓ | Aff. of arrest |
| | J-4 | 9-2-08 | | ✓ | MS Gaming Comm. incident rpt |
| | J-5 | 9-2-08 | | ✓ | Hollywood Eviction Rpt |
| | J-6 | 9-2-08 | | ✓ | Hollywood Risk Mgmnt Safety Rpt |
| | J-7 | 9-2-08 | | ✓ | Hollywood tape review Request/Results |
| | J-8 | 9-2-08 | | ✓ | Copy of Adam Grosch drivers license |

Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

United States District Court

Northern District of Mississippi

Adam Grosch
V.
Tunica County, Mississippi, et al.

Exhibit List — Plaintiff

Case Number: 2:06CV204-P-A

| Presiding Judge W. Allen Pepper, Jr. | Plaintiff's Attorney ~~Adam Grosch~~ Rbt McDuff | Defendants' Attorneys John Hill and Thomas Tucker, Jr. |
|---|---|---|
| Trial Date(s) 9/2/08 | Court Reporter Susan Alford | Courtroom Deputy SF |

| PLF. NO. | DEF. NO. | DATE OFFERED 2008 | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P-1 | | 9-2-08 | | ✓ | Bond + payment thereof |
| P-2 | | 9-2-08 | | ✓ | Airline flight re: Justice, ct trial |
| P-3 | | 9-2-08 | | ✓ | Rental car " " " |
| P5 | | 9-2-08 | | ✓ | Contract for legal services |
| P-6 | | 9-2-08 | | ✓ | Player's card |
| P13 | | 9-2-08 | | ✓ | page from Robin Horton's log |
| P-14 | | 9-2-08 | | ✓ | Fitzgerald's Surveillance page |
| P-16 | | 9-2-08 | | ✓ | Lts to Casino re: preservation of video |
| P-17 | | 9-2-08 | | ✓ | Subpoena for videotape |
| P19 | | 9-2-08 | | ✓ | Hollywood Responsible Gaming Program |
| P7 | | 9-3-08 | | ✓ | Issue Patron Card |
| P8 | | 9-3-08 | | ✓ | Complimentary Summary 07 10-12 |
| P9 | | 9-3-08 | | ✓ | Update existing Patron |
| P10 | | 9-3-08 | | ✓ | Patron Rating Summary |
| P11 | | 9-3-08 | | ✓ | Patron Rating Detail |
| P12 | | 9-3-08 | | ✓ | Hollywood Casino - Tunica 316 ID Informa. |
| P-18 | | 9-3-08 | | ✓ | Discovery Response by Hollywood |
| P-21 | | 9-4-08 | | ✓ | Financial Statement |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___ Pages

United States District Court

Northern District of Mississippi

Adam Grosch
V.
Tunica County, Mississippi, et al.

Exhibit List — Defendant HWCC ("Hollywood")

Case Number: 2:06CV204-P-A

| Presiding Judge W. Allen Pepper, Jr. | Plaintiff's Attorney Adam Grosch Rlat McDuff | Defendants' Attorneys John Hill and Thomas Tucker, Jr. |
|---|---|---|
| Trial Date(s) 9/2/08 | Court Reporter Susan Alford | Courtroom Deputy SF |

| PLF. NO. | DEF. NO. HWCC | DATE OFFERED 2008 | MARKED ID | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | DH-1 | 9/2/08 | | ✓ | Grosch's typed statement |
| | DH-2 | 9/2/08 | | ✓ | " ltr to Ms. Gaming Comm. |
| | DH-4 | 9/2/08 | | ✓ | Contract between Grosch & Harris |
| | DH-5 | 9/2/08 | | ✓ | Hollywood Sec Dept Training Standard |
| | DH-7 | 9/2/08 | | ✓ | Aff. Information Sheet |
| | DH-8 | 9/2/08 | | ✓ | Grosch arrest report |
| | DH-14 | 9/4/08 | ✓ | | Danny Taylor - depo DVD |
| | DH-14A | 9/4/08 | ✓ | | " " " transcript |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

United States District Court

Northern District of Mississippi

Adam Grosch
V.
Tunica County, Mississippi, et al.

Exhibit List  *Defendant Tunica + Dep. Mosby*

Case Number: 2:06CV204-P-A

| Presiding Judge W. Allen Pepper, Jr. | | | Plaintiff's Attorney ~~Adam Grosch~~ Rbt Mc Duff | | Defendants' Attorneys John Hill and Thomas Tucker, Jr. |
|---|---|---|---|---|---|
| Trial Date(s) 9/2/08 | | | Court Reporter Susan Alford | | Courtroom Deputy SF |

| PLF. NO. | DEF. NO. (Tunica) | DATE OFFERED 2008 | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | DT-3 | 9-2-08 |  | ✓ | Aff. Information Sheet |
|  | DT-4 | 9-2-08 |  | ✓ | Grosch arrest rpt |
|  | DT-5 | 9-2-08 |  | ✓ | Warning & rights |
|  | DT-6 | 9-2-08 |  | ✓ | Grosch jail booking card |
|  | DT-7 | 9-2-08 |  | ✓ | Inmate Supply Form |
|  | DT-9 | 9-3-08 |  | ✓ | Statement  9/2006 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages