IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ADAM GROSCH                                                                                                  PLAINTIFF

VS.                                          CIVIL ACTION NO. 2:06CV204-P-A

TUNICA COUNTY, MISSISSIPPI, TUNICA
COUNTY DEPUTY SHERIFF DORNAE MOSBY
AND HWCC-TUNICA, INC.                                  DEFENDANTS

### AGREED ORDER RESOLVING CLAIMS AS TO
### TUNICA COUNTY, MISSISSIPPI AND DEPUTY SHERIFF DORNAE MOSBY

The Court notes that following the trial of this action the jury returned a verdict in the amount of $25,000.00 as to the plaintiff's federal law claims against Deputy Sheriff Dornae Mosby. The jury also returned a verdict against HWCC-Tunica, Inc. The plaintiff's state law claims against Tunica County and Deputy Mosby are pending consideration by the Court. The court has been advised that an agreement has been reached between the plaintiff and defendants Tunica County and Deputy Mosby to (1) satisfy the $25,000 verdict against Deputy Mosby, (2) resolve any claim the plaintiff has against Deputy Mosby for attorneys' fees and costs, and (3) dismiss the state law claims against Tunica County and Deputy Mosby. This agreement does not relate to the plaintiff's claims against HWCC-Tunica, Inc.

Accordingly, judgment shall be entered on the jury verdict in this case. The verdict against Deputy Mosby has been satisfied. Any claim for attorneys' fees and costs against Deputy Mosby or Tunica County has been resolved. It is hereby ORDERED that all remaining claims against Tunica County, Mississippi and Deputy Sheriff Dornae Mosby are dismissed with prejudice.

806793

SO ORDERED, this the 21st day of October, 2008.

                                                       W. ALLEN PEPPER, JR.,
                                                       UNITED STATES DISTRICT JUDGE

APPROVED:

Robert B. McDuff, MB# 2532
One of the Attorneys for Plaintiff

John S. Hill, MB# 2451
One of the Attorneys for Defendants Tunica County,
Mississippi and Deputy Sheriff Dornae Mosby

784730