# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**ADAM GROSCH,**                                                                                **PLAINTIFF,**

**VS.**                                                                   **CIVIL ACTION NO. 2:06CV204-P-A**

**TUNICA COUNTY, MISSISSIPPI;**
**TUNICA COUNTY DEPUTY SHERIFF**
**DORNAE MOSBY; and HWCC-TUNICA,**
**INC.,**                                                                                **DEFENDANTS.**

## FINAL JUDGMENT

These matters come before the Court after a trial by jury from September 2, 2008 to September 5, 2008 and an Agreed Order Resolving Claims as to Tunica County, Mississippi and Deputy Sheriff Dornae Mosby entered this day upon agreement of the plaintiff and Defendants Tunica County, Mississippi and Deputy Sheriff Dornae Mosby.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) In accordance with the Verdict Form, Plaintiff Adam Grosch is entitled to recover from Defendant HWCC-Tunica, Inc.:

(a) $100,000.00 in compensatory damages for violating the plaintiff's U.S. Constitution Fourth and Fourteenth Amendment right to be free from unreasonable searches and/or seizures;

(b) $2,778.67 in out-of-pocket expenses for the plaintiff's claims arising under State law for false arrest, false imprisonment, malicious prosecution, and abuse of process; and

(c) $925.00 in damages for the plaintiff's claims arising under State law for conversion and trespass to chattels;

(2) In accordance with the Special Verdict Form, Plaintiff Adam Grosch is entitled to recover

from Defendant HWCC-Tunica, Inc. $600,550.000 in punitive damages for violating the plaintiff's U.S. Constitution Fourth and Fourteenth Amendment right to be free from unreasonable searches and/or seizures, and for the plaintiff's State-law claims of false imprisonment, false arrest, malicious prosecution, abuse of process, conversion, and trespass to chattels;

(3) Defendant HWCC-Tunica, Inc. is liable for the aforementioned sums, totaling $704,253.67, with interest thereon at the rate provided by law and for the plaintiff's costs of the action, and judgment is hereby entered accordingly;

(4) The issue of attorneys' fees is deferred pending post-trial proceedings, if any; and

(5) This case is **CLOSED**.

**SO ORDERED** this the 21st day of October, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE