IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
DELTA DIVISION

ADAM GROSCH,                                                              PLAINTIFF,

VS.                                                CIVIL ACTION NO. 2:06CV204-P-A

TUNICA COUNTY, MISSISSIPPI;
TUNICA COUNTY DEPUTY SHERIFF
DORNAE MOSBY; and HWCC-TUNICA,
INC.,                                                      DEFENDANTS.

## ORDER

This matter comes before the court upon Plaintiff's Motion to Extend and Reset Deadline for Filing Petition for Attorneys' Fees and Expenses [137]. Upon due consideration of the motion, the court finds as follows, to-wit:

The court is advised that: (1) Defendants Tunica County and Deputy Sheriff Mosby have no objection to the motion given the plaintiff's claims against him have been fully settled; and (2) Defendant HWCC-Tunica, Inc. has no objection insofar as the motion seeks to extend the petition deadline until after ruling on any post-trial motions, but not until after an appeal is filed. The plaintiff in reply advised the court that he does not object to extending the deadline until after rulings upon post-trial motions rather than after the conclusion of an appeal, if any.

**IT IS THEREFORE ORDERED AND ADJUDGED** that:

(1) Plaintiff's Motion to Extend and Reset Deadline for Filing Petition for Attorneys' Fees and Expenses [137] is **GRANTED**; therefore,

(2) The plaintiff's deadline to file a petition for attorneys' fees and expenses is hereby

1

extended until after rulings upon post-trial motions, if any.

**SO ORDERED** this the 31st day of October, A.D., 2008.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE