# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## DELTA DIVISION

ADAM GROSCH,                                                    PLAINTIFF,

VS.                                              CIVIL ACTION NO. 2:06CV204-P-A

TUNICA COUNTY, MISSISSIPPI;
TUNICA COUNTY DEPUTY SHERIFF
DORNAE MOSBY; and HWCC-TUNICA, INC.;                           DEFENDANTS.

## ORDER

In accordance with a Memorandum Opinion issued this day, **IT IS ORDERED AND**

**ADJUDGED** that  HWCC-Tunica, Inc.'s renewed motion for a judgment as a matter of law, or

alternatively, motion for new trial, or alternatively, motion for remittitur [139] are **DENIED**.

   **SO ORDERED** this the 22nd day of January, A.D., 2008.


                                   /s/ W. Allen Pepper, Jr.
                                   W. ALLEN PEPPER, JR.
                                   UNITED STATES DISTRICT JUDGE