A082
(Rev. 4/90)

**ORIGINAL**
**RECEIPT FOR PAYMENT**
**UNITED STATES DISTRICT COURT**
for the
**NORTHERN DISTRICT OF MISSISSIPPI**
at _Oxford, MS_

84969

RECEIVED FROM _Robert B. McDuff_
_767 North Congress St._
_Jackson, MS 39202_

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | 086900 | $60.00 |
| 604700 | Registry Funds | 570600 | 190.00 |
| | General and Special Funds | | |
| 508800 | Immigration Fees | 086400 | 100.00 |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | $350.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | | |
| 322360 | Miscellaneous Fees | | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

Case Number or Other Reference
_2:06 CV 204-P-A_

_New Case_

Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

DATE _12/8_ 20 _06_  Check X  DEPUTY CLERK: _J. Adams_



ADAM GROSCH,

vs.  CIVIL ACTION NO. 2:06-CV-204-P-A
TUNICA COUNTY, MISSISSIPPI,
TUNICA COUNTY DEPUTY SHERIFF DORNAE MOSBY,
HWCC-TUNICA, INC.

## ITEMIZATION OF TRANSCRIPT COSTS

**TRANSCRIPT COSTS:**

Court reporter services and transcripts for depositions:

    Depositions taken October 16, 2007
    Court reporter Karen Reid
        Adam Grosch (93 total pages)
        Dornae Mosby (57 total pages)
        Ricky Ray (24 total pages)    $532.00

    Depositions taken October 17, 2007
    Court reporter Michelle Brown
        Roberta Horton (62 total pages)
        Lisa Ratliff (48 total pages)
        Bayless O. Wheeler (33 total pages)
        Cindy Smart (10 total pages)
        Joseph Stronski (42 total pages)    $786.00

    Video Deposition taken August 14, 2008
    Court reporter Antonia Sueoka
        Danny Joe Taylor
        **Note: deposed on video ONLY**    $160.00

    Total for depositions    $1,478.00

**TRANSCRIPT TOTAL**    **$ 1,478.00\***
**\*These deposition transcripts were used to prepare for the testimony of each of these witnesses and to aid in the examination of most of them, and were necessarily obtained for use in the case.**

**OXFORD OFFICE**
*Karen C. Reid, CSR-1276*
Post Office Box 1683
Oxford, Mississippi 38655
Phone: 662-234-7804
Fax: 866-231-5385



# REID, BROWN & KNIGHT

### CERTIFIED COURT REPORTERS AND NOTARIES IN MISSI

Please make checks payable to:
**Karen C. Reid**
Post Office Box 1683
Oxford, Mississippi 38655
SSN: 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



April 1, 2008

Original Bill Date:  October 24, 2007

Honorable Randy Harris
Attorney at Law
767 North Congress Street
Jackson, Mississippi  39202

Re:  Grosch v. Tunica County and Hollywood

SERVICES RENDERED:

Deposition of Adam Grosch:  One copy

Depositions of Dornae Mosby and Ricky Ray:
and one copy of each

TOTAL BALANCE DUE:  $532.00

# COURT REPORTING PAST DUE NOTICE

*Michelle A. Brown, CSR #1395*

*Certified in Mississippi and Tennessee*

Post Office Box 797
Senatobia, MS 38668
Phone 662-560-0144
Tax ID/SS #: 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



**BILL TO:** Robert B. McDuff, Esq.
McDuff Law Offices
767 North Congress Street
Jackson, Mississippi 39202

| DATE | AMOUNT DUE |
|---|---|
| 5/23/2008 | $786.00 |

| DATE | TRANSACTION | AMOUNT | BALANCE |
|---|---|---|---|
| 04/23/08 | Balance forward | | 786.00 |
| | ~~[redacted]~~ | | |
| | 1-30 DAYS PAST | 31-60 DAYS PAST | 61-90 DAYS PAST | OVER 90 DAYS |

---

**ROBERT B. McDUFF, ATTORNEY AT LAW**
OPERATING ACCOUNT
767 NORTH CONGRESS STREET
JACKSON, MS 39202
(601) 969-0802

7425
85-543-653

DATE 6-25-08

PAY TO THE ORDER OF *Michelle A. Brown* $ 786.00

*seven hundred eighty-six & no/100* DOLLARS

AmSouth BANK
THE RELATIONSHIP PEOPLE

FOR depos re: Grosch v. Tunica Co, et al.
Invoice # 3098

⑆007425⑆ ⑆065305436⑆ ⑆500 30 20 708⑆



# ALPHA REPORTING CORPORATION
*"1ST IN REPORTING AND SERVICE"*

| Invoice Date | Invoice # |
|---|---|
| Friday, September 05, 2008 | 29501swlh |

Robert McDuff
Law Office of Robert McDuff
767 N. Congress Street
Jackson, MS 39202

**Remit to:**
236 Adams Avenue
Memphis, Tennessee 38103

(901) 523-8974   FAX (901) 523-8975
(800) 556-8974

www.alphareporting.com

Tax Number      Terms: Payable upon receipt
62-1162456      1.5% per month

| Witness: | Taylor, Danny Joe |
|---|---|
| Case: | Grosch, Adam vs Tunica County Mississippi, et al |
| Venue: | |
| Case #: | |
| Date: | 8/14/2008 |
| Start Time: | 12:00 PM |
| End Time: | 3:30 AM |
| Reporter: | ters, Jordan Media, Inc. |
| Claim #: | |
| File #: | 10518cc |

| Description | Total |
|---|---|
| Video Digital Copy | $150.00 |
| Shipping/Handling | $10.00 |
| Sub Total | $160.00 |
| Payments | $0.00 |
| Balance Due | $160.00 |

---

**ROBERT B. MCDUFF, ATTORNEY AT LAW**
OPERATING ACCOUNT
767 NORTH CONGRESS STREET
JACKSON, MS 39202
(601) 969-0802

7476
85-543-653

DATE 9/29/08

PAY TO THE ORDER OF  Alpha Reporting Corporation     $ 160.00

One hundred sixty & no/100 — DOLLARS

AmSOUTH BANK
THE RELATIONSHIP PEOPLE

Invoice # 29501swlh
FOR Depo of Danny Joe Taylor

⑈007476⑈ ⑆065305436⑆  ⑈500302070 8⑈