FILED
MAY 0 8 2009
DAVID CREWS, CLERK
BY _____ Deputy

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 09-60159

---

ADAM GROSCH,

      Plaintiff - Appellee

v.

HWCC-TUNICA INC,

      Defendant - Appellant

---

Appeal from the United States District Court for the Northern District of Mississippi at Clarksdale

---

Pursuant to the joint motion of the parties this appeal is dismissed this May 04, 2009, see FED. R. APP. P. 42(b).

                              CHARLES R. FULBRUGE III

                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              By:   /s/ Angelique D. Batiste
                              Angelique D. Batiste, Deputy Clerk

               ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By _____
New Orleans, Louisiana   Deputy
MAY 0 4 2009

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH JUDICIAL CIRCUIT

ADAM GROSCH  APPELLEE

VS.  CAUSE NO. 09-60159
USDC NO. 2:06CV204-P-A

TUNICA COUNTY, MISSISSIPPI,
TUNICA COUNTY SHERIFF'S DEPUTY
DORNAE MOSBY, AND HWCC-TUNICA, INC.  APPELLANTS

### JOINT MOTION TO DISMISS

COMES NOW HWCC-Tunica, Inc. ("Hollywood"), and Adam Grosch, by and through counsel, and file this Motion to Dismiss, and in support thereof, would show unto the court, as follows:

1.

On February 26, 2009, Hollywood and Adam Grosch entered into an agreement to settle all issues including those presently on appeal. Both Hollywood and Adam Grosch request that this matter be dismissed, as it has been fully and finally settled.

WHEREFORE, PREMISES CONSIDERED, Hollywood and Adam Grosch move this court for a dismissal of the appeal filed by Hollywood and for such other relief as the court deems appropriate.

Respectfully submitted,

HWCC-TUNICA, INC.

BY: _____
OF COUNSEL

U.S. COURT OF APPEALS
**FILED**
APR 27 2009
CHARLES R. FULBRUGE III
CLERK

WILTON V. BYARS, III, ESQ. - MS BAR #9335
TERRY D. LITTLE, ESQ. - MS BAR #99194
DANIEL COKER HORTON AND BELL, P.A.
265 NORTH LAMAR BOULEVARD, SUITE R
POST OFFICE BOX 1396
OXFORD, MISSISSIPPI 38655-1396
TELEPHONE: (662) 232-8979
FACSIMILE: (662) 232-8940

                                      Respectfully submitted,

                                      ADAM GROSCH

                BY: _____
                                    OF COUNSEL

ROBERT B. MCDUFF, ESQ. - MS BAR #2532
767 NORTH CONGRESS STREET
JACKSON, MS 39202

A. RANDALL HARRIS, ESQ. - MS BAR #1975
P.O. BOX 2332
MADISON, MS 39130